**Order entered March 8, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01096-CR

### DIONICIO MARTINEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-75240-M**

## ORDER

Before the Court is appellant's March 6, 2019 motion for extension of time to file his brief. We **GRANT** the motion to the extent appellant's brief shall be due **THIRTY DAYS** from the date of this order.

/s/    BILL PEDERSEN, III
        JUSTICE